**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COLEMAN, TERRY R. § Case No. 14-40632
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/10/2014. The undersigned trustee was appointed on 09/04/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     50,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 13,782.18 |
   | Bank service fees | 173.38 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 36,044.44 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/26/2016 and the deadline for filing governmental claims was 10/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,406.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,406.22, for a total compensation of $2,406.22[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2017         By: /s/ Richard J. Mason
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 14-40632 | Trustee Name: | (330470) Richard J. Mason |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Date Filed (f) or Converted (c): | 11/10/2014 (f) |
| | | § 341(a) Meeting Date: | 12/22/2014 |
| For Period Ending: | 10/16/2017 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wearing Apparel: Shirts, Pants, Shoe<br>From Schedule B on Debtor's petition. Exemption cited is 735 ILCS 5/12-1001 | 350.00 | 0.00 | | 0.00 | FA |
| 2* | Settlement Funds from Tort Claim Litigation (u)<br>See Amended Schedule B (Docket # 27) "Tort claim against former employer Orkin, LLC" - Debtor put this Claim as unliquidated value. Trustee studied the claim/settlement and believed the asset was worth approximatley $50,000.00. Trustee concluded Purchase Agreement with debtor in 2015 and $39,253.83 of claim proceeds were turned over to Trustee for the Bankruptcy Estate in 2017. The employment discrimination litigation was settled for gross proceeds of $50,000.00. The Estate receieved net proceeds of  $39,253.83 after withholding of $10,746.17 for Federal, Social, Medicare, and State Income Taxes. (See Footnote) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 2 | **Assets   Totals   (Excluding unknown values)** | **$350.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

RE PROP# 2    The Tort claim litigation case is in the Northern District of Illinois, Civ. A. Case No. 15-00465 (TMD). The employment discrimination litigation was settled for gross proceeds of $50,000.00. The Estate receieved net proceeds of  $39,253.83 after withholding of $10,746.17 for Federal and State Income Taxes.

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 14-40632
**Case Name:** COLEMAN, TERRY R.

**For Period Ending:** 10/16/2017

**Trustee Name:** (330470) Richard J. Mason
**Date Filed (f) or Converted (c):** 11/10/2014 (f)
**§ 341(a) Meeting Date:** 12/22/2014
**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

An NDR was originally filed in this case on 12/26/2014 and the case was closed on 2/26/2015.

The debtor then filed a claim for employment discrimination against his former employer. The court and Trustee were notified of the claim in August 2015, the case was reopened and outside counsel was retained. The Trustee received information of the settlement details in July 2016. The case has been settled under a settlement formula approved by the court and the estate has received approximately $39,000.

The Trustee's Report of Assets was filed with the court on 7/25/2016. A Proof of Claim bar date deadline was set for 10/29/2016. Only one creditor filed a claim. An accountant, Larry Horwich at Wipfii LLP, was retained in March 2017 with an approved fee of $3,000 to be paid once tax services are completed to full satisifaction of Trustee Mason.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017      **Current Projected Date Of Final Report (TFR):** 08/30/2017

10/16/2017
Date

/s/Richard J. Mason
Richard J. Mason

UST Form 101-7-TFR (5/1/2011)

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 14-40632 | |
| Case Name: | COLEMAN, TERRY R. | |
| Taxpayer ID #: | **-***0903 | |
| For Period Ending: | 10/16/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Richard J. Mason (330470) | |
| Bank Name: | Rabobank, N.A. | |
| Account #: | ******7866 Checking Account | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/27/2017 | | Rollins, Inc. (a subsidiary of Orkin, LLC) | Proceeds from debtor's litigation claim (see Docket # 33). Litigation settled for $50,000.00. The Bankruptcy Estate received net proceeds totaling $39,253.83 after withholding $10,746.17 for Federal, Social, Medicare, and IL State 2016 income taxes | | 14,253.83 | | 14,253.83 |
| | {2} | Rollins, Inc. | Proceeds received from debtor's litigation claim as authorized by court order Approving Claim Purchase Agreement (see Docket # 33)  $25,000.00 | 1249-000 | | | 14,253.83 |
| | | | Withholding amount for Federal Income Tax  -$7,902.97 | 2690-002 | | | 14,253.83 |
| | | | Social Security Tax Deduction withheld from Estate Proceeds  -$1,550.00 | 2690-002 | | | 14,253.83 |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                 ! - transaction has not been cleared

| | | Exhibit B |
|---|---|---|
| | | Page: 2 |

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | ******7866 Checking Account |
| For Period Ending: | 10/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Medicare Tax Deduction withheld from Estate Proceeds<br><br>-$362.50 | 2690-002 | | | 14,253.83 |
| | | | IL State Tax Deduction withheld from Estate Proceeds<br><br>-$930.70 | 2690-002 | | | 14,253.83 |
| 01/27/2017 | {2} | Orkin, LLC | Proceeds received from debtor's litigation claim as authorized by court order Approving Claim Purchase Agreement (see Docket # 33) | 1249-000 | 25,000.00 | | 39,253.83 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 39,243.83 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.68 | 39,191.15 |
| 03/13/2017 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #14-40632, Bond Number: 016073584 | 2300-000 | | 36.01 | 39,155.14 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.22 | 39,096.92 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
| --- | --- | --- | --- |
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | ******7866 Checking Account |
| For Period Ending: | 10/16/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.48 | 39,044.44 |
| 08/01/2017 | 102 | Wipfli LLP | Payment awarded from 2/23/2017 court-approved Order Authorizing Trustee to Retain Wipfli LLP as Accountant to the Trustee (see Docket # 38) | 3410-000 | | 3,000.00 | 36,044.44 |
| | | | **COLUMN TOTALS** | | 39,253.83 | 3,209.39 | $36,044.44 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,253.83 | 3,209.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,253.83** | **$3,209.39** | |

{ } Asset Reference(s)  UST Form 101-7-TFR (5/1/2011)  ! - transaction has not been cleared

**Exhibit B**
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-40632 | | **Trustee Name:** | Richard J. Mason (330470) |
| **Case Name:** | COLEMAN, TERRY R. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0903 | | **Account #:** | ******7866 Checking Account |
| **For Period Ending:** | 10/16/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $39,253.83 |
| Plus Gross Adjustments: | $10,746.17 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $10,746.17 |
| Net Estate: | $39,253.83 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******7866 Checking Account | $39,253.83 | $3,209.39 | $36,044.44 |
| | $39,253.83 | $3,209.39 | $36,044.44 |

10/16/2017
**Date**

/s/Richard J. Mason
**Richard J. Mason**

**UST Form 101-7-TFR (5/1/2011)**

Printed: 10/16/2017 3:01 PM                                                                                          Page: 1

# Exhibit C

## Claims Proposed Distribution Register

Case: 14-40632 COLEMAN, TERRY R.

**Case Balance:** $36,044.44     **Total Proposed Payment:** $36,044.44     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | RICHARD J. MASON | Admin Ch. 7 | $2,406.22 | $2,406.22 | $0.00 | $2,406.22 | $2,406.22 | $33,638.22 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Pollick & Schmahl, LLC | Admin Ch. 7 | $6,055.00 | $6,055.00 | $0.00 | $6,055.00 | $6,055.00 | $27,583.22 |
|  | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | Wipfli LLP | Admin Ch. 7 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $27,583.22 |
|  | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  |  | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,583.22 |
|  | Cic u._..... , | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,583.22 |
| 1 | Navient Solutions Inc. | Unsecured | $4,873.83 | $4,873.83 | $0.00 | $4,873.83 | $4,873.83 | $22,709.39 |
| 1I | Navient Solutions Inc. | Unsecured | $17.75 | $17.75 | $0.00 | $17.75 | $17.75 | $22,691.64 |
|  | COLEMAN, TERRY R | Admin Ch. 7 | $22,691.64 | $22,691.64 | $0.00 | $22,691.64 | $22,691.64 | $0.00 |
|  | <8200-00 Surplus Funds Paid to Debtor Section 726(a)(6)> | | | | | | | |
|  | **Total for Case:** | **14-40632** | $39,044.44 | $39,044.44 | $3,000.00 | $36,044.44 | $36,044.44 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-40632
Case Name: TERRY R. COLEMAN
Trustee Name: Richard J. Mason

**Balance on hand:** $ 36,044.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,044.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 2,406.22 | 0.00 | 2,406.22 |
| Attorney for Trustee Fees (Other Firm) - Pollick & Schmahl, LLC | 6,055.00 | 0.00 | 6,055.00 |
| Accountant for Trustee Fees (Other Firm) - Wipfli LLP | 3,000.00 | 3,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 8,461.22
Remaining balance: $ 27,583.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,583.22

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                       $    27,583.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,873.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions Inc. | 4,873.83 | 0.00 | 4,873.83 |

Total to be paid for timely general unsecured claims:    $     4,873.83
Remaining balance:                                       $    22,709.39

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:    $         0.00
Remaining balance:                                              $    22,709.39

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 22,709.39 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.12% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $17.75. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $22,691.64.

**UST Form 101-7-TFR(5/1/2011)**