## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| **COLEMAN, TERRY R.** | ) Case No. 14-40632 |
| | ) |
| | ) Hon. Carol A. Doyle |
| *Debtor*, | ) |
| | ) Hearing Date: November 15, 2017 |
| | ) Hearing Time: 10:30 a.m. |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that the **NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** was duly served upon the foregoing persons by enclosing a true and correct copy, together with the **TRUSTEE'S APPLICATION FOR COMPENSATION,** in properly addressed envelopes and causing the same to be deposited in the First Class Mail at 77 West Wacker Drive, Chicago, Illinois on the 16th day of October, 2017.


/s/ Richard J. Mason
Richard J. Mason, Trustee

## SERVICE LIST

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

America's Service CO
PO Box 10328
Des Moines IA 50306-0328

Asset Acceptance
PO Box 1630
Warren MI 48090-1630
Citibank

Bank Of America
Bay Area CS 1000
Abernathy Rd NE
Atlanta GA 30328

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Capi Best buy
PO Box 5253
Carol Stream, IL 60197-5253

Cavalry Portfolio
PO Box 28277
Tempe AZ 85285-8277
Bank of America

Chase CC
PO Box 15298
Wilmington DE 19850-5298

Diversified
10550 Deerwood Park Blvd
Jacksonville FL 32256-2805

HSBC Bank
PO Box 9
Buffalo NY 14240-0009

Ill Collection SE
8231 185th St Ste 100
Tinley Park, IL 60487-9356

Lincoln Tech
8317 W North Ave
Melrose Park IL 60160-1605

Litton Loan
7607 Fern Ave
Shreveport LA 71105-5739

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

SLM Financial Corp
11100 USA Pkwy
Fisher IN 46037-9203

State Colls
2509 S Stoughton Rd
Madison WI 53716-3314

Syncb/Sams club
PO Box 965005
Orlando FL 32896-5005

US Cellular
Diversified
PO Box 551268
Jacksonville, FL 32255-1268

US Fund
PO Box 6180
Indianapolis IN 46206-6180

Village of Bellwood
7330 W College Dr
Palos Heights IL 60463-1157

Gregory F Pesce
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654-5412

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Terry R Coleman
PO Box 814
Bellwood, IL 60104-0814

Robert W. Capobianco
Jackson Lewis P.C.
1155 Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309

Jody Kahn Mason
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2400
Chicago, Illinois 60601