**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION**

In re: COLEMAN, TERRY R. § Case No. 14-40632
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard J. Mason, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $350.00 | Assets Exempt: | $350.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,891.58 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $22,416.78 | | |

    3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $22,691.64 (see **Exhibit 2**), yielded net receipts of $27,308.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $22,416.78 | $22,416.78 | $22,416.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $4,873.83 | $4,891.58 | $4,891.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $27,290.61 | $27,308.36 | $27,308.36 |

4) This case was originally filed under chapter 7 on 11/10/2014. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    11/27/2017            By: /s/ Richard J. Mason
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement Funds from Tort Claim Litigation | 1249-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COLEMAN, TERRY R | Remaining Surplus Amount Returned to Debtor after Payment of all Claims and Interest | 8200-000 | $22,691.64 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$22,691.64** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 2100-000 | NA | $2,406.22 | $2,406.22 | $2,406.22 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $36.01 | $36.01 | $36.01 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $173.38 | $173.38 | $173.38 |
| Chapter 7 Operating Case Expenses - Rollins, Inc. (a subsidiary of Orkin, LLC) | 2690-002 | NA | $10,746.17 | $10,746.17 | $10,746.17 |
| Attorney for Trustee Fees (Other Firm) - Pollick & Schmahl, LLC | 3210-000 | NA | $6,055.00 | $6,055.00 | $6,055.00 |
| Accountant for Trustee Fees (Other Firm) - Wipfli LLP | 3410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $22,416.78 | $22,416.78 | $22,416.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions Inc. | 7100-000 | $0.00 | $4,873.83 | $4,873.83 | $4,873.83 |
| 1I | Navient Solutions Inc. | 7990-000 | NA | NA | $17.75 | $17.75 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$4,873.83** | **$4,891.58** | **$4,891.58** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 14-40632 | Trustee Name: | (330470) Richard J. Mason |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Date Filed (f) or Converted (c): | 11/10/2014 (f) |
| | | § 341(a) Meeting Date: | 12/22/2014 |
| For Period Ending: | 11/27/2017 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Wearing Apparel: Shirts, Pants, Shoe<br>From Schedule B on Debtor's petition. Exemption cited is 735 ILCS 5/12-1001 | 350.00 | 0.00 | | 0.00 | FA |
| 2* | Settlement Funds from Tort Claim Litigation (u)<br>See Amended Schedule B (Docket # 27) "Tort claim against former employer Orkin, LLC" - Debtor put this Claim as unliquidated value. Trustee studied the claim/settlement and believed the asset was worth approximatley $50,000.00. Trustee concluded Purchase Agreement with debtor in 2015 and $39,253.83 of claim proceeds were turned over to Trustee for the Bankruptcy Estate in 2017. The employment discrimination litigation was settled for gross proceeds of $50,000.00. The Estate receieved net proceeds of $39,253.83 after withholding of $10,746.17 for Federal, Social, Medicare, and State Income Taxes. (See Footnote) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 2 | **Assets      Totals**    (Excluding unknown values) | **$350.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

RE PROP# 2    The Tort claim litigation case is in the Northern District of Illinois, Civ. A. Case No. 15-00465 (TMD). The employment discrimination litigation was settled for gross proceeds of $50,000.00. The Estate receieved net proceeds of $39,253.83 after withholding of $10,746.17 for Federal and State Income Taxes.

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 14-40632 | **Trustee Name:** (330470) Richard J. Mason |
| **Case Name:** COLEMAN, TERRY R. | **Date Filed (f) or Converted (c):** 11/10/2014 (f) |
| | **§ 341(a) Meeting Date:** 12/22/2014 |
| **For Period Ending:** 11/27/2017 | **Claims Bar Date:** |

**Major Activities Affecting Case Closing:**

An NDR was originally filed in this case on 12/26/2014 and the case was closed on 2/26/2015.

The debtor then filed a claim for employment discrimination against his former employer. The court and Trustee were notified of the claim in August 2015, the case was reopened and outside counsel was retained. The Trustee received information of the settlement details in July 2016. The case has been settled under a settlement formula approved by the court and the estate has received approximately $39,000.

The Trustee's Report of Assets was filed with the court on 7/25/2016. A Proof of Claim bar date deadline was set for 10/29/2016. Only one creditor filed a claim. An accountant, Larry Horwich at Wipfii LLP, was retained in March 2017 with an approved fee of $3,000. The fee was paid after tax services were completed to the full satisfaction of Trustee Mason in August 2017.

The Final Report and all final fee applications were sent to the UST Regional Office for review on September 1, 2017. It was approved and filed on October 16, 2017. A hearing on the Final Report and Applications for Compensation was held on November 15, 2017 at 10:30 AM. The orders were granted in chambers because there no objections.

This was a surplus asset case. Only one creditor filed a claim. The claim was paid in full with interest. Debtor picked up his surplus check directly from Trustee's office. All checks cleared the bank as of 11/27/2017 and the bank ledger is at zero.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2017 | **Current Projected Date Of Final Report (TFR):** 08/30/2017 |

| | |
|---|---|
| 11/27/2017 | /s/Richard J. Mason |
| Date | Richard J. Mason |

UST Form 101-7-TDR ( 10 /1/2010)

|   |   | Exhibit 9 |
|---|---|---:|
|   |   | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | 5002527866 Checking Account |
| For Period Ending: | 11/27/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|   |   | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/27/2017 |  | Rollins, Inc. (a subsidiary of Orkin, LLC)<br><br>2170 Piedmont Road, N.E. Atlanta, GA 30324 | Proceeds from debtor's litigation claim (see Docket # 33). Litigation settled for $50,000.00. The Bankruptcy Estate received net proceeds totaling $39,253.83 after withholding $10,746.17 for Federal, Social, Medicare, and IL State 2016 income taxes |  | 14,253.83 |  | 14,253.83 |
|  | {2} | Rollins, Inc. | Proceeds received from debtor's litigation claim as authorized by court order Approving Claim Purchase Agreement (see Docket # 33)<br><br>$25,000.00 | 1249-000 |  |  | 14,253.83 |
|  |  |  | Withholding amount for Federal Income Tax<br><br>-$7,902.97 | 2690-002 |  |  | 14,253.83 |
|  |  |  | Social Security Tax Deduction withheld from Estate Proceeds<br><br>-$1,550.00 | 2690-002 |  |  | 14,253.83 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                               ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | 5002527866 Checking Account |
| For Period Ending: | 11/27/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Medicare Tax Deduction withheld from Estate Proceeds   -$362.50 | 2690-002 | | | 14,253.83 |
| | | | IL State Tax Deduction withheld from Estate Proceeds   -$930.70 | 2690-002 | | | 14,253.83 |
| 01/27/2017 | {2} | Orkin, LLC   2170 Piedmont Road, N.E. Atlanta, GA 30324 | Proceeds received from debtor's litigation claim as authorized by court order Approving Claim Purchase Agreement (see Docket # 33) | 1249-000 | 25,000.00 | | 39,253.83 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 39,243.83 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.68 | 39,191.15 |
| 03/13/2017 | 101 | International Sureties, LTD.   Suite 420, 701 Poydras St. New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #14-40632, Bond Number: 016073584 | 2300-000 | | 36.01 | 39,155.14 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.22 | 39,096.92 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | 5002527866 Checking Account |
| For Period Ending: | 11/27/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 52.48 | 39,044.44 |
| 08/01/2017 | 102 | Wipfli LLP<br><br>125 S. Wacker Drive, Suite 1500<br>Chicago, IL 60606 | Payment awarded from 2/23/2017 court-approved Order Authorizing Trustee to Retain Wipfli LLP as Accountant to the Trustee (see Docket # 38) | 3410-000 |  | 3,000.00 | 36,044.44 |
| 11/16/2017 | 103 | Pollick & Schmahl, LLC<br><br>c/o John F. Pollick, 2336 Fir Street<br>Glenview, IL 60025 | Compensation to Trustee's Counsel Awarded from 11/15/2017 Court Order (see Docket # 45) | 3210-000 |  | 6,055.00 | 29,989.44 |
| 11/16/2017 | 104 | RICHARD J. MASON, Trustee of the Bankruptcy Estate of Terry R. Coleman<br><br>c/o McGuireWoods LLP, 77 West Wacker Drive, Suite # 4100<br>Chicago, IL 60601-1815 | Trustee Compensation Awarded from 11/15/2017 Court Order (see Docket # 46) | 2100-000 |  | 2,406.22 | 27,583.22 |
| 11/16/2017 | 105 | Navient Solutions Inc.<br><br>PO BOX 9533<br>Wilkes-Barre, PA 18773-9533 | Distribution Payment Awarded from Final Report, re: Unsecured Proof of Claim # 1 | 7100-000 |  | 4,873.83 | 22,709.39 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-40632 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | COLEMAN, TERRY R. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0903 | Account #: | 5002527866 Checking Account |
| For Period Ending: | 11/27/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/2017 | 106 | Navient Solutions Inc.<br><br>PO BOX 9533<br>Wilkes-Barre, PA 18773-9533 | Interest Payment on Proof of Claim # 1 Awarded from Surplus in Final Report | 7990-000 | | 17.75 | 22,691.64 |
| 11/16/2017 | 107 | COLEMAN, TERRY R<br><br>PO BOX 814<br>BELLWOOD, IL 60639 | Remaining Surplus Amount Returned to Debtor after Payment of all Claims and Interest | 8200-000 | | 22,691.64 | 0.00 |
| | | | **COLUMN TOTALS** | | 39,253.83 | 39,253.83 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,253.83 | 39,253.83 | |
| | | | Less: Payments to Debtors | | | 22,691.64 | |
| | | | **NET Receipts / Disbursements** | | **$39,253.83** | **$16,562.19** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-40632 |
| **Case Name:** | COLEMAN, TERRY R. |
| **Taxpayer ID #:** | **-***0903 |
| **For Period Ending:** | 11/27/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard J. Mason (330470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | 5002527866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $39,253.83 |
| Plus Gross Adjustments: | $10,746.17 |
| Less Payments to Debtor: | $22,691.64 |
| Less Other Noncompensable Items: | $10,746.17 |
| Net Estate: | $16,562.19 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| 5002527866 Checking Account | $39,253.83 | $16,562.19 | $0.00 |
| | **$39,253.83** | **$16,562.19** | **$0.00** |

| | |
|---|---|
| **11/27/2017** | /s/Richard J. Mason |
| **Date** | **Richard J. Mason** |

**UST Form 101-7-TDR (10 /1/2010)**